**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC SHORES HOSPITAL, a California Corporation, Individually and as Assignee of and Successor in Interest to Gabrielle Fineman, the Plan Participant, and/or Beneficiary, and Claimant,<br><br>   Plaintiff,<br><br>   vs.<br><br>JANNEY, MONTGOMERY, SCOTT, LLC HEALTH AND WELFARE PLAN, an Employee Welfare Benefit Plan established pursuant to 29 U.S.C. Section 1001, et seq. (ERISA),<br><br>   Defendants. | CASE NO. CV09-7887 PA (RCx)<br><br>Judge: Percy Anderson<br>Courtroom: 15<br><br>Complaint filed: October 29, 2009<br><br>**ORDER ON STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

## ORDER

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorney's fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: March 11, 2010

_____
Honorable Percy Anderson
U.S. District Court